CALL & JENSEN
A Professional Corporation
Matthew R. Orr, Bar No. 211097
Nilab Rahyar Tolton, Bar No. 272810
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
morr@calljensen.com
ntolton@calljensen.com

RUMBERGER KIRK & CALDWELL
A Professional Association
Daniel J. Gerber, Florida Bar No. 0764957 (Pro Hac Vice Pending)
300 South Orange Avenue, Suite 1400 (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133
dgerber@rumberger.com (primary)
docketingorlando@rumberger.com and
dgerbersecy@rumberger.com (secondary)

Attorneys for Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE FJELSTAD,<br><br>Plaintiff,<br><br>vs.<br><br>THE VITAMIN SHOPPE, NORTHRIDGE, a California entity; NUTRACEUTICAL CORPORATION; SEYCHELLES ORGANICS, INC.; VITAMIN SHOPPE, INC.; and DOES 1 through 100, inclusive,,<br><br>Defendants. | Case No. 2:20-cv-7323<br><br>**NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Complaint Filed: January 3, 2020<br>Trial Date: None Set |

The undersigned counsel of record for Defendant Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., certifies, pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Rule 7.1-1, that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Valor Acquisition, LLC
2. Franchise Group Newco V, LLC
3. Franchise Group Intermediate V, LLC
4. Franchise Group Intermediate Holdco, LLC
5. Franchise Group New Holdco, LLC
6. Franchise Group, Inc.
7. Lloyd's of London
8. Aon Ltd (Europe)

Vitamin Shoppe Industries LLC is a single member New York LLC, solely owned by Valor Acquisition, LLC ("Valor"), a Delaware LLC. Valor is a single member LLC, solely owned by Franchise Group Newco V, LLC ("Newco"), a Delaware LLC. Newco is a single member LLC, solely owned by Franchise Group Intermediate V, LLC ("FGIV"), a Delaware LLC. FGIV is a single member LLC, solely owned by Franchise Group Intermediate Holdco, LLC ("FGIH"), a Delaware LLC. FGIH is a single member LLC, solely owned by Franchise Group New Holdco, LLC ("FGNH"), a Delaware LLC. FGNH is a single member LLC, solely owned by Franchise Group, Inc. ("FG"), a Delaware corporation. Lloyd's of London and Aon Ltd are insurance carriers who may be liable to satisfy all or part of a possible judgment in this action or for costs of defense.

Dated: August 13, 2020

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
Nilab Rahyar Tolton

By: */s/ Matthew R. Orr* _____
    Matthew R. Orr

Attorneys for Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc.