CALL & JENSEN
A Professional Corporation
Matthew R. Orr, Bar No. 211097
Nilab Rahyar Tolton, Bar No. 272810
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
morr@calljensen.com
ntolton@calljensen.com

RUMBERGER KIRK & CALDWELL
A Professional Association
Daniel J. Gerber, Florida Bar No. 0764957 (Pro Hac Vice Pending)
300 South Orange Avenue, Suite 1400 (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Tel:  (407) 872-7300
Fax:  (407) 841-2133
dgerber@rumberger.com (primary)
docketingorlando@rumberger.com and
dgerbersecy@rumberger.com (secondary)

Attorneys for Defendants Vitamin Shoppe Industries LLC,
erroneously sued as The Vitamin Shoppe, Inc.,
Nutraceutical Corporation, and Seychelles Organics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE FJELSTAD,<br><br>             Plaintiff,<br><br>vs.<br><br>THE VITAMIN SHOPPE, NORTHRIDGE, a California entity; NUTRACEUTICAL CORPORATION; SEYCHELLES ORGANICS, INC.; VITAMIN SHOPPE, INC.; and DOES 1 through 100, inclusive,,<br><br>             Defendants. | Case No.  2:20-cv-07323<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:   January 3, 2020<br>Trial Date:   None Set |

# CERTIFICATE OF SERVICE
(United States District Court)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

On August 13, 2020, I served the foregoing documents described as follows:

1. **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441**

2. **DECLARATION OF NILAB RAHYAR TOLTON IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

3. **DECLARATION OF JEFF BURCHFIELD (NUTRACEUTICAL CORPORATION) IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

4. **DECLARATION OF JEFF BURCHFIELD (SEYCHELLES ORGANICS, INC.) IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

5. **DECLARATION OF CARLOS LOPEZ (VITAMIN SHOPPE INDUSTRIES LLC) IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

6. **NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

7. **NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

8. **NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

9. **CIVIL COVER SHEET**

on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

[ ] (BY ELECTRONIC SERVICE) I am causing the document(s) to be served on the Filing User(s) through the Court's Electronic Filing System.

[ ]  (BY MAIL) I am familiar with the practice of Call & Jensen for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Call & Jensen, Newport Beach, California, following ordinary business practices.

[ ]  (BY FEDEX)  I am familiar with the practice of Call & Jensen for collection and processing of correspondence for delivery by overnight courier.  Correspondence so collected and processed is deposited in a box or other facility regularly maintained by FedEx that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by FedEx with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by FedEx at Call & Jensen, Newport Beach, California, following ordinary business practices.

**[X]** **(**ONLY BY ELECTRONIC TRANSMISSION) Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the national emergency.

[  ] (FEDERAL) I declare that I am a member of the Bar and a registered Filing User for this District of the United States District Court.

[ X ] (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate was executed on August 13, 2020, at Newport Beach, California.

_____
Stephanie A. Crisp

| | | |
|---|---|---|
| 1 | | **SERVICE LIST** |
| 2 | David R. Shoop | **Attorneys for Plaintiff** |
| 3 | Thomas S. Alch<br>Shoop APLC | **Jeanne Fjelstad** |
| 4 | 9701 Wilshire Blvd., Suite 950<br>Beverly Hills, CA 90212 | |
| 5 | Tel: (310) 620-9533<br>Fax: (310) 620-6330 | |
| 6 | david.shoop@shooplaw.com | |
| 7 | | |
| 8 | Brian Panish, Esq.<br>Adam Shea, Esq. | **Attorneys for Plaintiff**<br>**Jeanne Fjelstad** |
| 9 | Ryan Casey, Esq.<br>Patrick Gunning, Esq. | |
| 10 | Nicholas Yoka, Esq.<br>PANISH SHEA & BOYLE, LLP | |
| 11 | 11111 Santa Monica Boulevard, Suite 700 | |
| 12 | Los Angeles, California 90025 | |
| 13 | Tel: (310) 477-1700<br>Fax: (310) -4 77-1699 | |
| 14 | panish@psblaw.com<br>shea@psblaw.com | |
| 15 | | **Co-Counsel** |
| 16 | Daniel J. Gerber<br>Rumberger | Kirk | |
| 17 | 300 South Orange Avenue, Suite 1400<br>Orlando, FL 32801 | |
| 18 | Tel: (407) 839-4512 Direct<br>Tel: (407) 839-2112 Main | |
| 19 | Fax: (407) 872-7300<br>dgerber@rumberger.com | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |