Case 2:20-cv-07323-ODW-AFM   Document 20   Filed 09/08/20   Page 1 of 3   Page ID #:156

Matthew R. Orr, Bar No. 211097
Nilab Rahyar Tolton, Bar No. 272810
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
morr@calljensen.com
ntolton@calljensen.com

Daniel J. Gerber, Florida Bar No. 0764957
RUMBERGER KIRK & CALDWELL
A Professional Association
300 South Orange Avenue, Suite 1400 (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Tel:  (407) 872-7300
Fax:  (407) 841-2133
dgerber@rumberger.com (primary)
docketingorlando@rumberger.com and
dgerbersecy@rumberger.com (secondary)

Attorneys for Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE FJELSTAD,<br><br>                Plaintiff,<br><br>        vs.<br><br>THE VITAMIN SHOPPE, NORTHRIDGE, a California entity; NUTRACEUTICAL CORPORATION; SEYCHELLES ORGANICS, INC.; VITAMIN SHOPPE, INC.; and DOES 1 through 100, inclusive,<br><br>                Defendant. | Case No.  2:20-cv-07323 ODW (AFMx)<br><br>**MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL**<br><br>Date:       October 19, 2020<br>Time:       1:30 p.m.<br>Crtrm:      5D<br><br>Complaint Filed:   None Set<br>Trial Date:   None Set |

## I. INTRODUCTION

Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc. (collectively, "Defendants") respectfully request that this Court grant leave to file an Amended Notice of Removal to address Plaintiff's contention during a recent meet-and-confer discussion regarding Defendants' Notice of Removal. Specifically, Plaintiff raised an allegation that the Notice of Removal misstates facts regarding Plaintiff's sharing of certain medical bills bearing on the issue of the amount in controversy with certain defendants prior to service of the Complaint. *See* Declaration of Matthew R. Orr ("Orr Decl."), ¶ 3. The proposed amendment is being offered to foreclose further pursuit by Plaintiff of any such allegation by providing clarity that medical invoices were provided prior to service of the Complaint but that such invoices are not "other papers" for purposes of the amount in controversy and the timing of removal. A version of the Amended Notice of Removal redlined against the original Notice of Removal is attached hereto as Exhibit A to the Orr Decl.

## II. ARGUMENT

Leave to amend Defendants' Notice of Removal should be granted because the amendment in question is merely technical and clarifies that while certain documents and information as to the amount in controversy were produced to [at least some of] the Defendants prior to service of the Complaint, the requisite information for Defendants to properly effectuate removal was produced ***for the first time*** in response to Defendants' discovery requests. The amended notice simply involves the addition of an uncontested, non-jurisdictional clarifying fact in an effort to foreclose any claim that Defendants' removal papers are misleading or contain a material omission. *See Alexander v. FedEx Ground Package Sys., Inc.*, No. C 05-0038 MHP, 2005 WL 701601, at *2-3 (N.D. Cal. Mar. 25, 2005) (construing defendant's opposition to the motion to remand as an amendment to the notice of removal and granting the

amendment because defendant did not offer new grounds for removal); *McCall v. Greyhound Lines, Inc.*, No. 98 CIV. 7586 CSH, 1998 WL 865626, at *3 (S.D.N.Y. Dec. 11, 1998) (observing that "[a]mendment of a notice of removal should be subject to the same liberal rules employed in testing the sufficiency of other pleadings," and holding that "the defects in the defendant's removal papers are merely technical ones and thus may be amended by defendant").

### III.   CONCLUSION

For the foregoing reasons, Defendants respectfully request this Court grant the Motion for Leave to File Amended Notice of Removal.

Dated:  September 8, 2020

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
Nilab Rahyar Tolton


By: */s/ Nilab Rahyar Tolton*
　　　Nilab Rahyar Tolton

Attorneys for Defendants