Matthew R. Orr, Bar No. 211097
Nilab Rahyar Tolton, Bar No. 272810
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100
morr@calljensen.com
ntolton@calljensen.com

Daniel J. Gerber, Florida Bar No. 0764957
RUMBERGER KIRK & CALDWELL
A Professional Association
300 South Orange Avenue, Suite 1400 (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Tel: (407) 872-7300
Fax: (407) 841-2133
dgerber@rumberger.com (primary)
docketingorlando@rumberger.com and
dgerbersecy@rumberger.com (secondary)

Attorneys for Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE FJELSTAD,<br><br>Plaintiff,<br><br>vs.<br><br>THE VITAMIN SHOPPE, NORTHRIDGE, a California entity; NUTRACEUTICAL CORPORATION; SEYCHELLES ORGANICS, INC.; VITAMIN SHOPPE, INC.; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:20-cv-07323 ODW (AFMx)<br><br>**DECLARATION OF MATTHEW R. ORR IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL NOTICE OF REMOVAL OF ACTION**<br><br>Date: October 19, 2020<br>Time: 1:30 p.m.<br>Crtrm: 5D<br><br>Complaint Filed: None Set<br>Trial Date: None Set |

# DECLARATION OF MATTHEW R. ORR

I, Matthew R. Orr, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court and a shareholder in the law firm Call & Jensen, the attorneys for Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc. ("Defendants") in this matter. I am personally familiar with the contents herein, and if called upon to testify to such facts, could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct redlined copy of Defendants' proposed Amended Notice of Removal.

3. On August 17, 2020, I participated in a meet-and-confer discussion with Plaintiff's counsel regarding Plaintiff's anticipated Motion to Remand. During this discussion, Plaintiff raised an allegation that the Notice of Removal misstates facts regarding Plaintiff's sharing of certain medical bills bearing on the issue of the amount in controversy with certain defendants prior to service of the Complaint.

4. On August 31, 2020, I participated in a meet-and-confer discussion with Plaintiff's counsel regarding Defendants' anticipated Amended Notice of Removal. During this discussion, Plaintiff did not stipulate to the filing of an Amended Notice of Removal and reserved Plaintiff's right to oppose Defendants' instant Motion for Leave.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on September 8, 2020.

*/s/ Matthew R. Orr*
Matthew R. Orr