Matthew R. Orr, Bar No. 211097
Nilab Rahyar Tolton, Bar No. 272810
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
morr@calljensen.com
ntolton@calljensen.com

Daniel J. Gerber, Florida Bar No. 0764957
RUMBERGER KIRK & CALDWELL
A Professional Association
300 South Orange Avenue, Suite 1400 (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Tel:  (407) 872-7300
Fax:  (407) 841-2133
dgerber@rumberger.com (primary)
docketingorlando@rumberger.com and
dgerbersecy@rumberger.com (secondary)

Attorneys for Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE FJELSTAD,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE VITAMIN SHOPPE, NORTHRIDGE, a California entity; NUTRACEUTICAL CORPORATION; SEYCHELLES ORGANICS, INC.; VITAMIN SHOPPE, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendant. | Case No.  2:20-cv-07323 ODW (AFMx)<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL**<br><br>Complaint Filed:   None Set<br>Trial Date:            None Set |

On October 19, 2020, at 1:30 p.m. in Courtroom 5D, 5th Floor of the above-entitled Court, Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc. ("Defendants") Motion For Leave To File Amended Notice Of Removal was heard. Having considered all documents and arguments submitted with respect to this motion, and for good cause appearing,

IT IS ORDERED THAT, for the reasons stated in Defendants' briefing, the Motion to File Amended Notice of Removal is granted.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE OTIS D. WRIGHT II