1  Matthew R. Orr, Bar No. 211097
2  Nilab Rahyar Tolton, Bar No. 272810
   CALL & JENSEN
3  A Professional Corporation
   610 Newport Center Drive, Suite 700
4  Newport Beach, CA 92660
   Tel:   (949) 717-3000
5  Fax:  (949) 717-3100
   morr@calljensen.com
6  ntolton@calljensen.com
7
   Daniel J. Gerber, Florida Bar No. 0764957
8  RUMBERGER KIRK & CALDWELL
   A Professional Association
9  300 South Orange Avenue, Suite 1400 (32801)
   Post Office Box 1873
10 Orlando, Florida 32802-1873
   Tel: (407) 872-7300
11 Fax: (407) 841-2133
   dgerber@rumberger.com (primary)
12 docketingorlando@rumberger.com and
13 dgerbersecy@rumberger.com (secondary)
14
   Attorneys for Defendants Vitamin Shoppe Industries LLC,
15 erroneously sued as The Vitamin Shoppe, Inc.,
   Nutraceutical Corporation, and Seychelles Organics, Inc.
16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE FJELSTAD,<br><br>       Plaintiff,<br><br>       vs.<br><br>THE VITAMIN SHOPPE, NORTHRIDGE, a California entity; NUTRACEUTICAL CORPORATION; SEYCHELLES ORGANICS, INC.; VITAMIN SHOPPE, INC.; and DOES 1 through 100, inclusive,<br><br>       Defendant. | Case No. 2:20-cv-07323 ODW (AFMx)<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL**<br><br>Date:       October 19, 2020<br>Time:       1:30 p.m.<br>Crtrm:     5D<br><br>Complaint Filed:  None Set<br>Trial Date:  None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**PLEASE TAKE NOTICE** that on October 19, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-mentioned Court, Defendants Vitamin Shoppe Industries LLC, erroneously sued as The Vitamin Shoppe, Inc., Nutraceutical Corporation, and Seychelles Organics, Inc. ("Defendants") will and hereby do respectfully move the Court for an order granting leave to file an Amended Notice Of Removal. This motion is necessary to address Plaintiff's contention during a recent meet-and-confer discussion regarding Defendants' Notice of Removal. This motion is based on this Notice of Motion, the Declaration of Matthew R. Orr, the evidence, exhibits, points and authorities contained and cited herein, all pleadings and paper on file with the Court in this action, and upon such other evidence and argument as may be presented to the Court at the time of hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 31, 2020. Counsel for Plaintiff did not stipulate to the filing of an Amended Notice of Removal and reserved Plaintiff's right to oppose this motion. *See* Declaration of Matthew R. Orr, ¶ 4.

Dated: September 8, 2020

CALL & JENSEN
A Professional Corporation
Matthew R. Orr
Nilab Rahyar Tolton


By: */s/Nilab Rahyar Tolton*
Nilab Rahyar Tolton

Attorneys for Defendants